AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| ANTHONY FURBUSH and LOGAN BERKOWITZ,individually, and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES d/b/a UNIVERSITY OF CENTRAL FLORIDA<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

6:16-CV-204-OR-31 KRS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES d/b/a
UNIVERSITY OF CENTRAL FLORIDA
c/o Marcos R. Marchena, Chair
4000 Central Florida Boulevard
Orlando, FL 32816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joshua H. Eggnatz, Esq
EGGNATZ, LOPATIN & PASCUCCI, LLP
5400 S. University Drive
Suite, 413
Davie, FL 33328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  2-5-16

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| ANTHONY FURBUSH and LOGAN BERKOWITZ, individually, and on behalf of all others similarly situated _____ *Plaintiff(s)* v. UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES d/b/a UNIVERSITY OF CENTRAL FLORIDA _____ *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 6-16-CV-204-ON-31 KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES d/b/a
UNIVERSITY OF CENTRAL FLORIDA
c/o Marcos R. Marchena, Chair
4000 Central Florida Boulevard
Orlando, FL 32816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joshua H. Eggnatz, Esq
EGGNATZ, LOPATIN & PASCUCCI, LLP
5400 S. University Drive
Suite, 413
Davie, FL 33328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2-5-16                                   _____
                                              *Signature of Clerk or Deputy Clerk*