**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No.: 6:16-cv-00204-GAP-KRS

ANTHONY FURBUSH and LOGAN
BERKOWITZ, individually, and
on behalf of all others similarly
situated,

    *Plaintiffs*,

  vs.

UNIVERSITY OF CENTRAL FLORIDA
BOARD OF TRUSTEES d/b/a
UNIVERSITY OF CENTRAL FLORIDA,

    *Defendant.*
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES, the Plaintiffs, by and through undersigned counsel, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), and hereby file this Notice of Volunary Dismissal Without Prejudice.

Respectfully submitted this 8th day of March, 2016.

    By: */s/ Joshua H. Eggnatz*
    Joshua H. Eggnatz, Esq.
    Fla. Bar. No.: 0067926
    Michael J. Pascucci, Esq.
    Fla. Bar. No.: 83397
    **EGGNATZ, LOPATIN & PASCUCCI, LLP**
    5400 S. University Drive, Ste. 413
    Davie, FL 33328
    Tel: (954) 889-3359
    Fax: (954) 889-5913
    jeggnatz@ELPLawyers.com
    mpascucci@ELPLawyers.com

    *Trial Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8th, 2016, I electronically filed the foregoing Notice of Volunary Dismissal Without Prejudice via transmission of Notice of Electronic Filing generated by CM/ECF, which will forward copies of the same to all counsel of record.

/s/Joshua H. Eggnatz
Joshua H. Eggnatz

Jerry R. Linscott (Florida Bar No. 148009)
BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
E-mail: jlinscott@bakerlaw.com

Paul Karlsgodt
Casie D. Collignon
Zachariah J.DeMeola
BAKER & HOSTETLER LLP
1801 California Street | Suite 4400
Denver, CO 80202-2662
T 303.764.4013
M 720.205.2143
pkarlsgodt@bakerlaw.com

Attorneys for UNIVERSITY OF CENTRAL
FLORIDA BOARD OF TRUSTEES, d/b/a
UNIVERSITY OF CENTRAL FLORIDA