## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**ANTHONY FURBISH and LOGAN BERKOWITZ,**

        **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No:　6:16-cv-204-Orl-31KRS

**UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,**

        **Defendant.**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal without Prejudice (Doc. 17), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 9, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties